# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: APPOINTMENT TO | : No. 453 |
|---|---|
| | : |
| CRIMINAL PROCEDURAL | : CRIMINAL PROCEDURAL RULES |
| | : DOCKET |
| RULES COMMITTEE | : |

## O R D E R

**PER CURIAM:**

AND NOW, this 5th day of September, 2014, Magisterial District Judge Blaise P. Larotonda, Allegheny County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term of three years commencing October 1, 2014.